UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ABASS EL-HAGE, *on behalf of himself and all others similarly situated*, | |
|     Plaintiff, | Case No. 20-10294 |
| v. | Honorable Laurie J. Michelson |
| COMERICA BANK and ELAN FINANCIAL SERVICES, | |
|     Defendants. | |

## JUDGMENT

In accordance with the opinion and order entered today granting the Elan Financial's Motion to Dismiss and Compel Arbitration on an Individual Basis (ECF No. 11) and granting Comerica's request to compel arbitration as a nonsignatory (ECF No. 15), it is hereby ORDERED and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

Dated this 16th day of December 2020.

DAVID J. WEAVER
CLERK OF THE COURT

By:   s/Erica Karhoff
DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: December 16, 2020